UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CASE NO. _____

CHANTELLA BLACKBURN                                                     PLAINTIFF

v.                                **NOTICE OF REMOVAL**

MONDELEZ GLOBAL LLC d/b/a
MONDELEZ INTERNATIONAL, INC.                             DEFENDANT

\* \* \* \* \*

Defendant Mondelez Global, LLC states as follows in support of its removal of this action:

There was an action commenced which is now pending in the Pike Circuit Court, Civil Action No. 22-CI-00933, in which the above-named Chantella Blackburn is the Plaintiff and Mondelez Global LLC is the Defendant. (See Plaintiff's Complaint, attached at Exhibit 1).

Mondelez Global LLC is a limited liability company duly created and organized under the laws of Delaware. Mondelēz International, Inc., is the sole member of Mondelez Global LLC. Mondelēz International, Inc, is a corporation duly created and organized under the laws of Virginia with its principal place of business and nerve center located at 905 West Fulton Market, Suite 200, Chicago, IL 60607. (See Affidavit of Lisa Schroeder, attached at Exhibit 2). For these reasons, Mondelez Global LLC is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the states of Virginia and Illinois, and not a citizen of Kentucky.

Plaintiff Chantella Blackburn is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen and resident of the state of Kentucky, and not a citizen of the states of Virginia or Illinois. (See Exhibit 1, at para. 1).

As such, the parties satisfy the requirements for complete diversity of citizenship under 28 U.S.C. § 1332.

This is a personal injury case. In her Complaint, Plaintiff claims she was injured as the result of a dangerous condition created by Defendant while lawfully and properly on the premises, and she specifically claims that as she was stepping off a ladder inside the premises she fell over a cart which had been placed behind her by Defendant's employee. (See Exhibit 1, at para. 7-8). As a result, Plaintiff claims she sustained personal injuries of a permanent nature and claims she is entitled to damages for pain and suffering, impairment, and medical expenses. (See Exhibit 1, at para. 11).

On December 16, 2022, Mondelez sent Plaintiff a Request for Admission asking Plaintiff to admit that she would *not* "seek damages in excess of $75,000, exclusive of interest and costs, at the trial of this matter." (See Mondelez's Requests for Admissions to Plaintiff, attached as Exhibit 3). On December 27, 2022, Mondelez received Plaintiff's Response to Mondelez's Request for Admission in which Plaintiff stated, "*Deny*." (See Plaintiff's Response to Mondelez's Request for Admission, attached as Exhibit 4).

Based on the foregoing, Mondelez has reason to believe that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. (See Exhibits 2-4).

This action involves a controversy between citizens of different states, as the Plaintiff is a resident and citizen of Kentucky, while Mondelez is a citizen of the states of

Virginia and Illinois. The United States District Court is given original jurisdiction in a case in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. § 1332; 28 U.S.C. § 1446.

This Notice is filed within 30 days of Mondelez's receipt of Plaintiff's Response to Mondelez's Request for Admission. Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

Copies of all process, pleadings and orders served on Mondelez as of the date of the filing of this Notice of Removal are attached hereto as Exhibit 5.

Written notice of the filing of this Notice of Removal and exhibits hereto were served upon Plaintiff's counsel via U.S. Mail on January 18, 2023.

WHEREFORE, Defendant, Mondelez Global, LLC, prays that it may effect the removal of this action from the Pike Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

*David Kaiser*
David P. Kaiser
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, KY 40507
T (859) 425-1030
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon the following by email and by U.S. Mail First Class, postage prepaid on this the 18th day of January, 2023:

Tanner H. Shultz
Morgan & Morgan, Kentucky PLLC
333 West Vine Street, Suite 1200
Lexington, Kentucky 40507
*Counsel for Plaintiff*

*David Kaiser*
*Counsel for Defendant*
