COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
DIVISION ________
CIVIL ACTION NO. __________________

***FILED ELECTRONICALLY***

CHANTELLA BLACKBURN PLAINTIFF

V. **COMPLAINT**

MONDELEZ GLOBAL, LLC
d/b/a MONDELEZ INTERNATIONAL, INC. DEFENDANT

Serve: CT Corporation System
306 West Main Street, Suite 512
Frankfort Kentucky 40601

---

Comes now Plaintiff, Chantella Blackburn, by and through counsel, and for her Complaint against Defendant, Mondelez Global, LLC d/b/a Mondelez International, Inc., states as follows:

**PARTIES**

1. At all times relevant hereto, Plaintiff, Chantella Blackburn, was a citizen and resident of the Commonwealth of Kentucky, residing at 71 Raccoon Road, Raccoon, Pike County, Kentucky 41557.

2. At all times relevant hereto, Defendant, Mondelez Global, LLC d/b/a Mondelez International, Inc., was a Foreign Limited Liability Company licensed to do business within the Commonwealth of Kentucky, with an Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

3. At all times relevant hereto, Defendant supplied certain products and foods at the Food City store located at 2138 South Mayo Trail, Pikeville, Kentucky 41501 (hereinafter "premises").

**JURISDICTION AND VENUE**

4. The circumstances giving rise to this Complaint took place in Pike County, Kentucky.



Exhibit 01

5. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Pike County Circuit Court.

6. Pike County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

**GENERAL ALLEGATIONS**

7. On or about February 1, 2022, as a direct and proximate result of the negligent acts and/or omissions of Defendant, whether by and through its respective agents, ostensible agents, servants, employees, and/or other representatives, Plaintiff while exercising due care for her own safety, was injured as the result of a dangerous condition created by Defendant, while lawfully and properly on the premises.

8. Specifically, Plaintiff was stepping off a ladder inside the premises, when she fell over a cart which had been placed behind her by Defendant's employee.

9. At said time and place, Defendant owed Plaintiff a duty to exercise reasonable care for her safety.

10. Defendant and its agents, ostensible agents, servants, employees, and/or other representatives, breached its duty of care to Plaintiff.

11. As a direct and proximate result of the negligence and carelessness of the Defendant, as heretofore alleged, Plaintiff was caused to sustain personal injuries of a permanent nature to her person. The injuries sustained by Plaintiff resulted in the following damages:

a. mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

b. the power and ability to labor and earn has been temporarily and permanently impaired all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

d. loss of her ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter.

**WHEREFORE**, Plaintiff, Chantella Blackburn, demands judgment against Defendant, Mondelez Global, LLC d/b/a Mondelez International, Inc., as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and,

E. For any and all other relief to which Plaintiff is entitled.

**CERTIFICATION**

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention,

pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The party notified is: Smart Casualty Claims, 191 Johnson Street, Suite A, Abingdon, Virginia 24210.

**RESPECTFULLY** submitted this 11th day of November, 2022.

*/s/ Tanner H. Shultz*
TANNER H. SHULTZ
Morgan & Morgan, Kentucky PLLC
333 West Vine Street, Suite 1200
Lexington, Kentucky 40507
Telephone: (859) 219-4529
Facsimile: (859) 367-6146
tshultz@forthepeople.com
COUNSEL FOR PLAINTIFF